UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**Jose DELGADO-Almeda** )<br>)<br>Defendant. )<br>_____ ) | Magistrate Case No. **'07 MJ 2342**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(2)(B)(ii)-<br>Bringing in Illegal Alien(s) for<br>Financial Gain |

The undersigned complainant being duly sworn states:

On or about **September 29, 2007**, within the Southern District of California, defendant **Jose DELGADO-Almeda**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eladio RIVERA-Miranda** and **Cecilia CORONA-Soto**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

SIGNATURE OF COMPLAINANT
Mario Avila
U.S. Customs and Border
Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this 1st day of **October 2007**.

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Mario Avila, declare under penalty of perjury the following to be true and correct:

The complainant states that **Eladio RIVERA-Miranda** and **Cecilia CORONA-Soto** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 29, 2007 at approximately 11:11 AM **Jose DELGADO-Almeda** (Defendant) made application for admission into the United States at the San Ysidro, California Port of Entry as the driver of a 1986 Chevrolet Silverado pick-up. A male and female accompanied the Defendant as passengers in the vehicle and were seated alongside the Defendant. A Customs and Border Protection (CBP) Officer received a negative declaration from the Defendant. Defendant presented a Resident Alien card bearing the name Gustavo Rocha-Jaques for himself, a DSP-150 Laser Visa bearing the name Juan Antonio Jimenez Lopez for the male passenger, and a United States Passport bearing the name Maria Guadalupe Arciga for the female passenger as entry documents. The CBP Officer determined that all the vehicle occupants were imposters on the documents presented by the Defendant.

During secondary inspection, the Defendant, the male passenger now identified as **Eladio RIVERA-Miranda** (Material Witness 1), and the female passenger now identified as **Cecilia CORONA-Soto** (Material Witness 2) were all determined to be imposters on the documents presented and were all determined to be citizens of Mexico with no entitlements to enter the United States. Defendant was taken into custody for further processing.

During a videotaped interview Defendant was advised of his Miranda rights. Defendant acknowledged his rights and elected to answer questions without an attorney present. During a subsequent interview Defendant admitted knowledge that Material Witness 1 and Material Witness 2 were undocumented aliens not possessing documents to legally enter the United States. Defendant admitted he was en route to San Diego, California to seek employment. Defendant admitted that in exchange for driving and upon successfully entering the United States with the undocumented aliens he was to be paid between $100.00 to $200.00 USD. Defendant admitted to having been apprehended on several occasions attempting to smuggle undocumented aliens into the United States.

**Continued on page 2**

1

**Continuation of Probable Cause Statement**
**Re: U.S. v Jose DELGADO-Almeda**

A videotaped interview was conducted with Material Witnesses. Material Witness 1 stated that he is a citizen of Mexico with no legal documents to lawfully enter the United States. Material Witness 1 stated that Defendant arrived at the hotel in Tijuana, Mexico he and Material Witness 2 were staying at and instructed them to go with him and Defendant would smuggle them into the United States. Material Witness 1 stated that Defendant provided the documents used. Material Witness 2 stated she was a citizen of Mexico with no legal documents to lawfully enter the United States.

EXECUTED ON THIS 30th DAY OF September 2007 AT **8:52 AM**.

_____
Mario Avila / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the defendant named therein committed the offense on **September 29th 2007** in violation of Title 8, United States Code, Section 1324.

_____                    9/30/2007 at 11:45 a.m.
MAGISTRATE JUDGE                                          DATE / TIME

2