# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
  )
    Plaintiff  )
  )
  )
    vs.  )
  )
Jose Delgado-Almeda  )
  )
    Defendant(s)  )
———————————————— )

CRIMINAL NO. ___07Mj2342___

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge,    Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ( (Bond Posted) / Case Disposed / Order of Court).

### Eladio Rivera - Miranda

DATED: ___10|11|07___

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
               DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by

    Deputy Clerk
    **L ODIERNO**