FILED

OCT 1 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2861-W |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., |
|  | ) | Secs. 1324(a)(1)(A)(iv) and |
| JOSE DELGADO-ALMEDA, | ) | (v)(II) - Inducing and Encouraging |
|  | ) | Illegal Aliens to Enter the United |
| Defendant. | ) | States and Aiding and Abetting |

The United States Attorney charges:

On or about September 29, 2007, within the Southern District of California, defendant JOSE DELGADO-ALMEDA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Eladio Rivera-Miranda, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: 10/16/07.

KAREN P. HEWITT
United States Attorney

REBECCA S. KANTER
Assistant U.S. Attorney

RSK:psd:San Diego
10/3/07