AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE DELGADO-ALMEDA | CASE NUMBER: 07CR2861-W |

I, JOSE DELGADO-ALMEDA, the above-named defendant, who is accused of committing the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about September 29, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __10/16/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
OCT 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _____
Defendant

_____
Defense Counsel for

Before _____
Judicial Officer