```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA
                         (Hon. Ruben B. Brooks)
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE No.07CR2861-W |
| Plaintiff, ) | |
| ) | |
| ) | ORDER |
| v. ) | To Exonerate The |
| ) | Appearance Bond for The |
| JOSE DELGADO-ALMEDA ) | Material Witness and |
| ) | Disburse The Bond Funds |
| Defendant. ) | |

GOOD CAUSE APPEARING, IT IS ORDERED that the appearance bond for $5,000.00 which secured the presence of material witness ELADIO RIVERA-MIRANDA be exonerated and that $500.00 on deposit with the Registry of the Court as security for this material witness bond be disbursed to the surety as follows:

        Jenny Carretero
        1475 Adkisson Avenue
        Los Angeles, CA 90063

Dated: December 12, 2007

_____
RUBEN B. BROOKS
UNITED STATES MAGISTRATE JUDGE